

FILED \_\_\_\_ ENTERED
\_\_\_\_ LODGED \_\_\_\_ RECEIVED

APR 19 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
            DEPUTY

Judge Lasnik

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JAMES HOUSTON ANDERSON, ET AL.,<br><br>                    Defendants. | № CR00–482L<br><br>GOVERNMENT'S *EX PARTE* FILING OF SEALED APPLICATION<br><br>**FILED *EX PARTE* AND UNDER SEAL** |

**ORIGINAL**

GOVERNMENT'S *EX PARTE*
SEALED APPLICATION/(CR00-482) — 1

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970