Chief Judge Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES HOUSTON ANDERSON,<br>KIM POWELL, et al,<br><br>Defendants. | NO. CR00-482L(C)<br><br>GOVERNMENT'S RESPONSE TO<br>JAMES ANDERSON'S MOTION<br>FOR RETURN OF PROPERTY |

On May 25, 2004 the United States of America filed a Supplemental Response to former defendant Kim Powell's Motion for Return of Property in which it asked the Court to assist in resolving the question of return of certain seized property, ownership of which was in dispute between Mr. Powell and his former co-defendant, James Anderson. In order to have a date by which the interested parties should respond, we noted the request for consideration on June 11, 2004. Mr. Anderson has responded by filing his own Motion for Return of Property, and noting it for the same date of June 11, 2004.

In response, we note that seized property is normally to be returned to the person from whom it was seized, once the government's need to retain the property has

GOVERNMENT'S RESPONSE
RESPONSE TO ANDERSON'S MOTION
FOR RETURN OF PROPERTY- 1
CR00-482L(C)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

ceased. United States v. Mills, 991 F.2d 609, 612 (9th Cir. 1993) (There is a presumption that "a criminal defendant . . . has the right to a return of his property once it is no longer needed as evidence."); See, United States v. Duncan, 918 F.2d 647, 654 (6th Cir. 1990) ("The general rule is that seized property should be returned to its rightful owner after the criminal proceedings have terminated."); United States v. Maez 915 F.2d 1446, 1468 (10th Cir. 1990) (seizure of property from someone is prima facie evidence of that person's subsequent entitlement to the property).

Beyond this, however, we take no position as to which parts of the property in question, if any, should be turned over to Mr. Anderson, or which parts returned to Mr. Powell. We stand ready to comply with the Court's instruction in this respect. However, in a further effort to encourage the parties to resolve their dispute without the necessity for court intervention, we have asked the FAA to review the categorization of the aviation parts in question that was submitted as an attachment to Mr. Anderson's pleadings. The FAA's review, together with our letter to the attorneys for Mr. Anderson and Mr. Powell, transmitting the FAA's review to them, is attached hereto as Exhibit One, for whatever assistance it may provide to the Court in resolving these issues.

Dated this _8th_ day of June, 2004

Respectfully submitted,

JOHN MCKAY
UNITED STATES ATTORNEY

PETER O. MUELLER
Assistant United States Attorney

GOVERNMENT'S RESPONSE
RESPONSE TO ANDERSON'S MOTION
FOR RETURN OF PROPERTY- 2
CR00-482L(C)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

That on June 8, 2004, she caused copies of the Government's Supplemental Response to Motion of Kim Powell for Return of Property to be served upon the individuals hereinafter named by the methods specified on the attached Service List:

| | |
|---|---|
| James Vonasch<br>Maynard Building, Suite 200<br>119 First Avenue South<br>Seattle, Washington 98104 | (X) VIA U.S. MAIL<br>( ) Via Messenger Service<br>(X) Via Facsimile |
| Franklin L. Smith<br>800 Fifth Avene<br>Suite 4000 Avenue<br>Seattle, Washington 98104<br>Attorneys for Defendant<br>Kim Powell | |
| Larry Setchell<br>Helsel Fetterman<br>1001 Fourth Avenue<br>Seattle, Washington 98154<br>Attorney for Defendant<br>James Houston Anderson | (X) VIA U.S. MAIL<br>( ) Via Messenger Service<br>(X) Via Facsimile |

DATED this 8th day of June, 2004.

*[signature]*
SUSAN S. BURKER
Supervisory Paralegal

GOVERNMENT'S RESPONSE
RESPONSE TO ANDERSON'S MOTION
FOR RETURN OF PROPERTY- 3
CR00-482L(C)